IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: AUGUST 13, 2008
08CV4596
JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

PH

| | |
|---|---|
| ALLEN & COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. _____ |
| ) | |
| SANFORD USD MEDICAL CENTER ) | |
| formerly known as SIOUX VALLEY ) | |
| HOSPITAL and USD MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## DISCLOSURE STATEMENT OF
## DEFENDANT SANFORD MEDICAL CENTER

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, Defendant Sanford Medical Center d/b/a Sanford USD Medical Center makes the following disclosures:

1. Sanford Medical Center d/b/a Sanford USD Medical Center is a not-for-profit South Dakota corporation, for which Sanford Health is the sole corporate member.

2. There is no publicly held corporation that owns 5% or more of its stock.

Respectfully submitted,

Dated: August 13, 2008                SANFORD MEDICAL CENTER

By:   /s/ Kevin B. Duff

One of its attorneys

Kevin B. Duff
Michael Rachlis
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
phone: 312-733-3950
fax:    312-733-3952