IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN & COMPANY, LLC, | ) | FILED: AUGUST 13, 2008 |
| | ) | 08CV4596 |
| Plaintiff, | ) | JUDGE GETTLEMAN |
| | ) | MAGISTRATE JUDGE KEYS |
| v. | ) No. _____ |
| | ) | |
| SANFORD USD MEDICAL CENTER | ) | PH |
| formerly known as SIOUX VALLEY | ) | |
| HOSPITAL and USD MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   James McCluskey
      Lauryn Parks
      MOMKUS McCLUSKEY, LLC
      1001 Warrenville Road, Suite 500
      Lisle, IL 60532

Please take notice that on Wednesday, August 13, 2008 we filed the following documents with the Clerk of the Court for the U.S. District Court for the Northern District of Illinois: (a) Defendant's Notice of Removal from State Court; (b) Disclosure Statement of Defendant Sanford Medical Center; and (c) Appearances of Kevin B. Duff, Michael Rachlis and Darnella J. Ward.

A copy of this notice and the aforementioned documents was served upon counsel for the plaintiff, as listed above, by U.S. mail, postage prepaid on Wednesday August 13, 2008.

Dated: August 13, 2008

                                        SANFORD MEDICAL CENTER

                                        By:  /s/ Kevin B. Duff
                                             One of its attorneys

                                        Kevin B. Duff
                                        Michael Rachlis
                                        Darnella J. Ward
                                        Rachlis Durham Duff & Adler, LLC
                                        542 South Dearborn Street, Suite 900
                                        Chicago, Illinois 60605
                                        phone: 312-733-3950
                                        fax:    312-733-3952