

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W.  DOBBINS**
      **CLERK**                                                              **312-435-5698**

                              August 14, 2008

James F.  McCluskey
Momkus  McCluskey   LLC
3051 Oak Grove Road
Suite 220
Downers Grove, IL 60515-1181


RE:           ALLEN & COMPANY, LLC –V- SANFORD MEDICAL CENTER
                                    d/b/a Sanford USD Medical Center
              08-cv-4596    Judge   Robert W. Gettleman


Dear Counselor:


The records of this office indicate that on August 13, 2008  a notice of removal pursuant to
28 USC 1441 et seq. was filed with this court in connection with the above referenced
matter.  The notice lists the circuit court case number as   **08 MR 001107.**  The documents
filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require
that an appearance form be filed by an attorney who intends to represent a party in any
proceeding before this Court. For your convenience, a copy of this form is enclosed.


                              Sincerely yours,

                              Michael W. Dobbins, Clerk


                              By:  s/ Haydee Pawlowski
                                   Deputy Clerk