IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN & COMPANY, LLC,            ) | |
|                 Plaintiff,   ) | |
|                             ) | No. 08-CV-4596 |
| v.                               ) | |
|                                  ) | Judge Robert W. Gettleman |
| SANFORD USD MEDICAL CENTER       ) | Magistrate Judge Arlander Keys |
| formerly known as SIOUX VALLEY   ) | |
| HOSPITAL and USD MEDICAL CENTER,) | |
|                                  ) | |
|                 Defendant.  ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Sanford Medical Center ("Sanford"), by its attorneys, moves this Court for an order extending by one week the time for Sanford to answer or otherwise respond to the complaint. In support of its motion, Sanford states as follows:

1.  Sanford was served with the complaint in this matter on or about July 15, 2008.

2.  Sanford timely removed Allen & Company, LLC's complaint from the Circuit Court of the Eighteenth Judicial Circuit, Chancery Division, DuPage County, Illinois to this Court on August 13, 2008.

3.  Pursuant to Fed. R. Civ. P. 81 (c), Sanford's answer, other defenses, or objections to the complaint are due August 20, 2008.

4.  Sanford's requests one week of additional time to prepare its response to Allen's complaint.

5.  This motion is brought in good faith and not for purposes of improper delay.

WHEREFORE, Defendant Sanford Medical Center respectfully requests an order from the Court granting its motion for extension of time and allowing Sanford until August 27, 2008 to answer or otherwise respond to the complaint.

Respectfully submitted,

SANFORD MEDICAL CENTER

By:   /s/ Kevin B. Duff
Kevin B. Duff (#6210491)
Michael Rachlis
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL 60605
(312) 733-3950
(312) 733-3952 (fax)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN & COMPANY, LLC, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | No. **08 C 4596** |
| SANFORD USD MEDICAL CENTER formerly known as SIOUX VALLEY HOSPITAL and USD MEDICAL CENTER, | ) ) ) ) | Hon. Robert W. Gettleman Magistrate Judge Keys |
|     Defendant. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   James McCluskey
       Lauryn Parks
       MOMKUS McCLUSKEY, LLC
       1001 Warrenville Road, Suite 500
       Lisle, IL 60532

Please take notice that on Tuesday, August 26, 2008, at 9:15 a.m., we will appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703, and present Defendant's Motion for Extension of Time.

Dated: August 19, 2008

                                                      SANFORD MEDICAL CENTER

                                                      By:  /s/ Kevin B. Duff
                                                          Kevin B. Duff (#6210491)
                                                          Michael Rachlis (#6203745)
                                                          Darnella J. Ward (#6279493)
                                                          Rachlis Durham Duff & Adler, LLC
                                                          542 South Dearborn Street, Suite 900
                                                          Chicago, Illinois 60605
                                                          phone: 312-733-3950
                                                          fax:    312-733-3952

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 19, 2008, I electronically filed Defendant's Motion for Extension of Time with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the Motion was served via the CM/ECF system, and/or other electronic means, upon:

James McCluskey
Lauryn Parks
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL 60532

                                                                    /s/ Kevin B. Duff
                                                                 Kevin B. Duff (#6210491)
                                                                 Rachlis Durham Duff & Adler, LLC
                                                                542 South Dearborn Street, Suite 900
                                                                Chicago, Illinois 60605
                                                                phone: 312-733-3950
                                                                fax:    312-733-3952