IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN & COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. **08 C 4596** |
| | ) | |
| SANFORD USD MEDICAL CENTER | ) | Hon. Robert W. Gettleman |
| formerly known as SIOUX VALLEY | ) | Magistrate Judge Keys |
| HOSPITAL and USD MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   James McCluskey
      Lauryn Parks
      MOMKUS McCLUSKEY, LLC
      1001 Warrenville Road, Suite 500
      Lisle, IL 60532

Please take notice that on Tuesday, August 26, 2008, at 9:15 a.m., we will appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703, and present Defendant's Motion for Extension of Time.

Dated: August 19, 2008

                                        SANFORD MEDICAL CENTER

                                        By:  /s/ Kevin B. Duff
                                             Kevin B. Duff (#6210491)
                                             Michael Rachlis (#6203745)
                                             Darnella J. Ward (#6279493)
                                             Rachlis Durham Duff & Adler, LLC
                                             542 South Dearborn Street, Suite 900
                                             Chicago, Illinois 60605
                                             phone: 312-733-3950
                                             fax:    312-733-3952

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2008, I electronically filed Defendant's Motion for Extension of Time with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system. A copy of the Motion was served via the CM/ECF system, and/or other electronic means, upon:

James McCluskey
Lauryn Parks
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL 60532

          /s/ Kevin B. Duff
        Kevin B. Duff (#6210491)
        Rachlis Durham Duff & Adler, LLC
        542 South Dearborn Street, Suite 900
        Chicago, Illinois 60605
        phone: 312-733-3950
        fax:    312-733-3952