**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| ALLEN & COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  08-cv-4596 |
| ) | |
| SANFORD USD MEDICAL CENTER ) | |
| formerly known as SIOUX VALLEY ) | |
| HOSPITAL and USD MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**PROOF OF SERVICE**

    LAURYN E. PARKS, being first duly sworn on oath, deposes and states that she mailed a true and correct copy of the Notice of Appearance for James F. McCluskey and Pamela L. Pierro, to the following party:

> Kevin B. Duff
> Michael Rachlis
> Darnella J. Ward
> Rachlis Durham Duff & Adler, LLC
> 542 South Dearborn Street, Suite 900
> Chicago, IL   60605

by placing same in the U.S. Mail located in Lisle, IL 60602 on August 29, 2008.

                      MOMKUS McCLUSKEY, LLC


                      By:   /s/ Lauryn E. Parks



MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL   60532
(630) 434-0400
Attorneys for Plaintiff
Attorney No.:   13124754

W:\21_25\2123.080168\Pleadings\ProofOfService-Allen.doc