**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:    08-cv-4596

Allen & Company, LLC v. Sanford Medical Center

d/b/a Sanford USD Medical Center


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiffs, Allen & Company, LLC


| |
|---|
| NAME (Type or print) |
| Pamela L. Pierro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Pamela L. Pierro |
| FIRM |
| Momkus McCluskey, LLC |
| STREET ADDRESS |
| 1001 Warrenville Road, Suite 500 |
| CITY/STATE/ZIP |
| Lisle, Illinois 60532 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283757 | 630-434-0400 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| ALLEN & COMPANY, LLC )<br> )<br>        Plaintiff, )<br>v.                                                                   )<br> )<br>SANFORD USD MEDICAL CENTER                     )<br>formerly known as SIOUX VALLEY                      )<br>HOSPITAL and USD MEDICAL CENTER,         )<br> )<br>        Defendant.                                                  ) | Case No.  08-cv-4596 |

### PROOF OF SERVICE

  LAURYN E. PARKS, being first duly sworn on oath, deposes and states that she mailed a true and correct copy of the Notice of Appearance for James F. McCluskey and Pamela L. Pierro, to the following party:

Kevin B. Duff
Michael Rachlis
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, IL   60605

by placing same in the U.S. Mail located in Lisle, IL 60602 on August 29, 2008.

  MOMKUS McCLUSKEY, LLC


  By:   /s/ Lauryn E. Parks



MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL   60532
(630) 434-0400
Attorneys for Plaintiff
Attorney No.:   13124754

W:\21_25\2123.080168\Pleadings\ProofOfService-Allen.doc