**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:   08-cv-4596

Allen & Company, LLC v. Sanford Medical Center

d/b/a Sanford USD Medical Center

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiffs, Allen & Company, LLC

| | |
|---|---|
| NAME (Type or print) | |
| Pamela L. Pierro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Pamela L. Pierro | |
| FIRM | |
| Momkus McCluskey, LLC | |
| STREET ADDRESS | |
| 1001 Warrenville Road, Suite 500 | |
| CITY/STATE/ZIP | |
| Lisle, Illinois 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6283757 | 630-434-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| ALLEN & COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-cv-4596 |
| ) | |
| SANFORD USD MEDICAL CENTER ) | |
| formerly known as SIOUX VALLEY ) | |
| HOSPITAL and USD MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## PROOF OF SERVICE

LAURYN E. PARKS, being first duly sworn on oath, deposes and states that she mailed a true and correct copy of the Notice of Appearance for James F. McCluskey and Pamela L. Pierro, to the following party:

Kevin B. Duff
Michael Rachlis
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, IL  60605

by placing same in the U.S. Mail located in Lisle, IL 60602 on August 29, 2008.

MOMKUS McCLUSKEY, LLC

By:   /s/ Lauryn E. Parks

MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
Lisle, IL  60532
(630) 434-0400
Attorneys for Plaintiff
Attorney No.:  13124754

W:\21_25\2123.080168\Pleadings\ProofOfService-Allen.doc